IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08-4038-01-CR-C-SOW |
| ) | |
| CLAUDIO ARIAS-ALVAREZ, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge William A. Knox's Report and Recommendation Concerning Plea of Guilty (Doc. #17). Defendant Claudio Arias-Alvarez appeared before Magistrate Judge Knox on November 4, 2008 and entered a plea of guilty to Count I of the indictment filed on September 9, 2008.

Accordingly, it is hereby

ORDERED that the plea of guilty is accepted and defendant Arias-Alvarez is adjudged guilty of Count I of the indictment filed on September 9, 2008. It is further

ORDERED that a presentence investigation report be prepared on defendant Arias-Alvarez.

__/s/ Scott O. Wright_____
SCOTT O. WRIGHT
Senior United States District Judge

Dated: ___11/25/2008_____